**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-1083**

_____

LAWRENCE VERLINE WILDER, SR.,

        Plaintiff - Appellant,

    v.

TOYOTA MOTOR CREDIT CORPORATION,

        Defendant - Appellee,

    and

EQUIFAX CREDIT INFORMATION SERVICES,

        Defendant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(1:97-cv-01969-WDQ)

_____

Submitted:  August 21, 2008      Decided:  August 25, 2008

_____

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lawrence Verline Wilder, Sr., Appellant Pro Se.  Michael N. Russo,
Jr., COUNCIL, BARADEL, KOSMERL & NOLAN, PA, Annapolis, Maryland,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's orders denying his motion to reopen a civil action and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilder v. Toyota Motor Credit Corp., No. 1:97-cv-01969-WDQ (D. Md. Dec. 4, 2007; Dec. 18, 2007). Wilder's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED